IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-53,613-02






LARRY SWEARINGEN, Relator



v.



PRESIDING JUDGE OF 9
TH JUDICIAL DISTRICT COURT, 


MONTGOMERY COUNTY, Respondent








ON APPLICATION FOR WRIT OF MANDAMUS 


CAUSE NO. 99-11-06435-CR

FROM THE 9TH JUDICIAL DISTRICT COURT

MONTGOMERY COUNTY



 

 Per Curiam.


 O R D E R



 This is an original application for writ of mandamus. Relator contends he filed with
the Respondent: (1) a motion for DNA testing on October 19, 2004; (2) a motion for an
evidentiary hearing on his DNA motion on November 22, 2004; and (3) a motion for entry
of an order on these matters on March 4, 2005. It is this Court's opinion that additional
information is required before a decision can be reached on the motion for leave to file the
instant action. The Respondent is ordered to file with this Court within thirty days a response
indicating the status of its ruling on Relator's motions.

 IT IS SO ORDERED THIS THE 27TH DAY OF APRIL, 2005.